IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SARAH JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:20-cv-00116-O |
| | § | |
| NORTH TEXAS DANCERS, LLC d/b/a | § | |
| BOMBSHELLS' TOPLESS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On May 24, 2021, the Court granted Plaintiff Sarah Johnson's Motion for Summary Judgment (ECF No. 31). Mem. Op. & Order, ECF No. 33. It is therefore **ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Plaintiff on all claims, and Defendant shall be liable to Plaintiffs in the amount of $88,425.00.

**SO ORDERED** on this **24th day** of **May, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE